## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARY ELLEN SCHIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:10-CV-1353-JEC |
| WIZARD ELECTRONICS, INC., ) | |
| COMMERCIAL AUDIO ) | |
| SYSTEMS, INC. and ) | |
| NATHANIEL C. HARRISON, ) | |
| III, ) | |
| ) | |
| Defendants. ) | |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COME NOW** Plaintiff / Counterclaim Defendant Mary Ellen Schier ("Schier"), and Defendant / Counterclaim Plaintiff Wizard Electronics, Inc. ("Wizard"), Defendant / Counterclaim Plaintiff Commercial Audio Systems, Inc. ("Commercial") and Defendant / Counterclaim Plaintiff Nathaniel C. Harrison, III's ("Harrison"), by and through their undersigned counsel, and respectfully submit this Joint Stipulation of Dismissal Without Prejudice. Schier hereby dismisses, without prejudice, all of her claims against Wizard, Commercial and

- 1 -

Harrison.  Moreover, Wizard, Commercial and Harrison hereby dismiss, without prejudice, all of their claims against Schier.

Respectfully submitted this the 9th day of June, 2010.

/s/ Preston B. Davis
Preston B. Davis
Georgia Bar No. 141999
preston@pbdavislaw.com
Counsel for Schier

LAW OFFICE OF PRESTON B. DAVIS, LLC
4488 S. Springwood Dr. SW
Smyrna, Georgia  30082
Telephone: (678) 372-2477
Facsimile: (678) 945-5080

/s/ Mary Ellen Franklin[1]
Mary Ellen Franklin
Georgia Bar No. 273720
maryellen@ftlawgroup.com
Counsel for Wizard, Commercial
and Harrison

FRANKLIN TAYLOR LAW GROUP, LLC
3340 Peachtree Road, Suite 1800
Atlanta, Georgia  30326
Telephone: (404) 848-7712
Facsimile: (404) 795-9135

---

[1] Mary Ellen Franklin (Wizard's, Commercial's and Harrison's counsel) has given Preston B. Davis (Schier's counsel) express permission to electronically sign her name to this Joint Stipulation of Dismissal Without Prejudice.

## **CERTIFICATION OF COUNSEL**

Pursuant to Local Rule 7.1, N.D. Ga., the undersigned counsel certifies that this document was prepared with Times New Roman (14 point), one of the font and point selections approved by the Court in Local Rule 5.1B, N.D. Ga.

This the 9th day of June, 2010.

                                                      /s/ Preston B. Davis
                                                    Preston B. Davis
                                                    Georgia Bar No. 141999
                                                    preston@pbdavislaw.com
                                                    Counsel for Schier

LAW OFFICE OF PRESTON B. DAVIS, LLC
4488 S. Springwood Dr. SW
Smyrna, Georgia  30082
Telephone: (678) 372-2477
Facsimile: (678) 945-5080

                                                    /s/ Mary Ellen Franklin
                                                    Mary Ellen Franklin
                                                    Georgia Bar No. 273720
                                                    maryellen@ftlawgroup.com
                                                    Counsel for Wizard, Commercial
                                                    and Harrison

FRANKLIN TAYLOR LAW GROUP, LLC
3340 Peachtree Road, Suite 1800
Atlanta, Georgia  30326
Telephone: (404) 848-7712
Facsimile: (404) 795-9135